**AMERICAN EMPLOYER'S INSURANCE COMPANY, Petitioner,**

v.

**PINKARD CONSTRUCTION COMPANY and Adams–Arapahoe Joint School District No. 28–J, Respondents.**

No. 90SC622.

Supreme Court of Colorado.

Nov. 14, 1991.

Holland & Hart, Wiley E. Mayne, Jr., Lynn Bolinske, Marcy Glenn, Denver, for Pinkard Const.

Weller, Friedrich, Ward & Andrew, Geoffrey A. Race, Debra K. Sutton, Dan W. Hotsenpiller, Denver, for American Employer's Ins. Co.

### ORDER OF COURT

Upon consideration of the Stipulation for Dismissal filed in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that said Stipulation for Dismissal shall be, and the same hereby is, GRANTED.